76648. ADEL STEEL COMPANY, INC. et al. v. RICE.
(373 SE2d 857)

BIRDSONG, Chief Judge.

Upon review of the records and briefs in this interlocutory appeal, we have determined that genuine issues of fact remain in the case; therefore, this appeal of the trial court's denial of summary judgment to appellants is dismissed as improvidently granted.

*Appeal dismissed. Banke, P. J., and Beasley, J., concur.*

DECIDED SEPTEMBER 9, 1988.

*Thomas F. Allgood, Jr.*, for appellants.
*William S. Sutton, Robert B. Phillips*, for appellee.